# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FERNANDO LEON,

                Plaintiff,

        v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

Case No. CV 14-08559-JEM

**JUDGMENT**

    In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.


DATED: June 30, 2015

                                  */s/ John E. McDermott*
                                JOHN E. MCDERMOTT
                 UNITED STATES MAGISTRATE JUDGE